

# THE THIRTEENTH COURT OF APPEALS

### 13-14-00095-CV

Jamie Harvel and the Austin Police Association
v.
Texas Department of Insurance - Division of Workers' Compensation, and
Commissioner Rod Borderlon, in his Official Capacity

On Appeal from the
53rd District Court of Travis County, Texas
Trial Cause No. D-1-GN-13-001559

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

June 11, 2015